### 13729. Tooke *v.* The State.

Broyles, C. J. The verdict was authorized by the evidence, and the court
did not err in overruling the motion for a new trial, which contained
only the usual general grounds.

  *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
  Decided July 25, 1922.

Accusation of possessing liquor; from city court of Oglethorpe
— Judge Greer. May 23, 1922.

*Jere M. Moore,* for plaintiff in error.

*John B. Guerry, solicitor,* contra.